INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 4/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

Carlton Leonard Rasor

_____
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Terre Haute, In Police department, City of Terre Haute (Code Enforcement) Officers, Jeromy Bales, Kyle Toney, Jessie Chambers, Micheal Milsuly, Kevin Barrett Gerlad
*Defendant(s)* (See Attached)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 2:21-cv-263-JRS-DLP
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Attachment
―――――――

Carlton Leonard Rasor
1201 S Center St
Terre Haute, In 47808

(Plaintiff)

V.S

Terre Haute Police Department, City of Terre Haute, (Code Enforcement) (Lori As, Individual Code Enforcement Officer) (Officer) Jeremy Bales, (Officer) Kyle Toney, (Officer) Jessie Chambers, (Officer) Micheal Mikuly, (Officer) Kevin Barrett, Gerald Kurdelak

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 4/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Carlton Leonard Rasor
Street Address: 1201 s Center St
City and County: Terre Haute, In 47802
State and Zip Code: 812-241-6559
Telephone Number:
E-mail Address: CarltonRasor50@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
Name: Terre Haute police department
Job or Title (if known):
Street Address:
City and County: Terre Haute, In 47803
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Defendant No. 2
Name: City of Terre Haute, In (Code Enforcement)
Job or Title (if known):
Street Address:
City and County: Terre Haute, In, 47803
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Page 2 of 6

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 4/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

Defendant No. 3
Name: Jeremy Bakes
Job or Title (if known): Police Officer, Employeed For Terre Haute police department
Street Address:
City and County: Terre Haute, IN 47403
State and Zip Code:
Telephone Number:
E-mail Address (if known):

(See Attachment)

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*
[✓] Federal question    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. 42 U.S.C § 1983
Racial Profilling

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual:
   The plaintiff, (name) _____, is a citizen of
   the State of (name) _____, OR is a citizen of
   (foreign nation) _____.

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 4/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

    b.    If the plaintiff is a corporation:

The plaintiff, *(name)* _____, in incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual:

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____, OR is a citizen of *(foreign nation)* _____.

    b.    If the defendant is a corporation:

The defendant, *(name)* _____, in incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____
_____
_____

Case 2:21-cv-00263-JRS-DLP   Document 1   Filed 07/01/21   Page 6 of 9 PageID #: 6

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 4/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

(See Attachment)

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I ask the court to order, damages to Back door $1,500 upstairs door $250.00 Front door $1,200 punitive damages ($500,000.00) For violation of my Fourth amendment Rights, punitive, Because this has happend before, due to Transfer enforcement of proper procedure.

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 07-01-2021

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Carlton L. Rasor

On or about 07-02-2019 @ 11:00hrs I Carlton Leonard Rasor was, painting the Interior of my house, located @ 1201 s Center St, Terre Haute In, 47802, when I noticed a Late model pick up truck pull to the Front of my Residents the passenger got out of the Truck and Entered my property at that time I Exited my house to see what the man wanted, the man informed me that my adress was on his list for my grass to be cut. I asked the man who sent, him he told my that he was sub contracted from the city to cut abondon or unkept Lawns at that time I informed the guy that I just cut my grass wich he agreed that my Lawn was maintaned but he said, my Back yard could be cut, I told him I would come out and cut it later but Right Now, I don't need his services, so he left, pulling off down the street, I went back to my work, when in the attic I hear a Comotion outside Somone yelling "Come out, you don't belong here. This is a white mans house."

I look out my (crows Nest) and see the Code Enforcement truck with a woman standing outside The drivers door dressed in a Code Enforcement uniform behind her is a T.H.p.d patroll car.,
I then hear a "Boom," and Sounds of Footsteps downs es. yelling though my house come out, and making claims that I Burlarized my House, I hear serveal more doors Kicked in, Front door, upstairs door, this officer screamed out that if I don't come out he was going to ("Blast your ass with this shotgun") at this point I dont know whats going on I if this is really a police officer or something Else, after a few minutes serveal other police officers came in Blocked off the Street and... OFFicer Kevin Barrett I was a police officer that I recinized so thats whe I came out of my attic to ask what was going on and was told they thought this house belonge to a white person named Stephen Switzer and that I had Broke in, a house, I showed them that I owened the house, and was living here and Remodeling. I was Roushed up hurtin my sholder

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 4/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

**B.    For Attorneys**

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____