UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| CARLTON RASOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:21-cv-00263-JRS-DLP |
| | ) |
| CITY OF TERRE HAUTE, INDIANA, | ) |
| JEREMY BALES, | ) |
| LORI CODE ENFORCEMENT, | ) |
| KYLE TONEY, | ) |
| JESSIE CHAMBERS, | ) |
| MICHEAL MIKULY, | ) |
| KEVIN BARRETT, | ) |
| GERALD KURDELAK, | ) |
| | ) |
| Defendants. | ) |

**REPORT AND RECOMMENDATION TO
DISMISS COMPLAINT WITHOUT PREJUDICE**

The Court scheduled a Telephonic Status Conference on January 31, 2022. The Plaintiff did not appear.

On February 2, 2022, the Court issued an order to show cause to the Plaintiff. [Dkt. 27.] Plaintiff was ordered to show cause at a telephonic hearing scheduled for February 24, 2022 as to why he failed to appear for the January 31, 2022 Telephonic Status Conference. The Order explicitly warned Plaintiff that failure to appear "may result in sanctions, up to and including case dismissal." [Dkt. 26.] Plaintiff failed to appear for the show cause hearing.

Because of Plaintiff's failure to comply with the Court's orders, the Magistrate Judge recommends to the District Judge that this complaint be

**DISMISSED WITHOUT PREJUDICE**.

Any objections to the Magistrate Judge's Report and Recommendation must be filed in accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). Failure to file objections within fourteen days after service will constitute a waiver of subsequent review absent a showing of good cause for such failure.

So RECOMMENDED.

Date: 3/3/2022

*Doris L. Pryor*
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

CARLTON RASOR
1201 S. Center St.
Terre Haute, IN 47802