UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| CARLTON RASOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:21-cv-00263-JRS-DLP |
| | ) | |
| CITY OF TERRE HAUTE, INDIANA; | ) | |
| JEREMY BALES Office;, | ) | |
| LORI CODE ENFORCEMENT; | ) | |
| KYLE TONEY Officer; | ) | |
| JESSIE CHAMBERS Officer; | ) | |
| MICHEAL MIKULY Officer; | ) | |
| KEVIN BARRETT Officer; | ) | |
| GERALD KURDELAK Officer; | ) | |
| | ) | |
| Defendants. | ) | |

**Order Adopting Report and Recommendation**

On March 3, 2022, the Magistrate Judge issued her Report and Recommendation, (ECF No. 29), recommending that Plaintiff's complaint be dismissed without prejudice for failure to comply with the Court's orders. The time for filing an objection has passed, and none has been filed. No extensions of time were sought. The Court finds the Report and Recommendation well taken and accordingly **adopts** same. The Clerk shall enter judgment. All pending motions are denied as moot.

**SO ORDERED.**

Date: 3/28/2022

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

1

Distribution:

CARLTON RASOR
1201 S. Center St.
Terre Haute, IN 47802


Mark Douglas Hassler
HUNT HASSLER & LORENZ, LLP
hassler@hkmlawfirm.com